T. James Truman, Esq.
Nevada Bar No. 003620
T. JAMES TRUMAN & ASSOCIATES
3654 North Rancho Drive, Suite 101
Las Vegas, NV 89130
Telephone: (702) 256-0156
Fax: (702) 396-3035
E-mail: district@trumanlegal.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAL, LLC, a Nevada limited liability company, | Case No. 2:19-cv-01523 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO REPLY TO TRAILBOSS ENTERPRISES, INC'S MOTION TO DISMISS JOAL, LLC'S COMPLAINT** |
| vs. | |
| TRAILBOSS ENTERPRISES, INC., a foreign corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff JOAL, LLC, a Nevada limited liability company ("Plaintiff") and Defendant TRAILBROSS ENTERPRISES, INC., a foreign corporation ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

1. On September 6, 2019, Defendant filed its Motion to Dismiss JOAL, LLC's Complaint (Document 3). The time for Plaintiff to respond to Defendant's Motion to Dismiss, shall be extended from September 20, 2019, to September 27, 2019.

2. Plaintiff has good cause for the extension as Plaintiff's counsel is currently unavailable due to a trial scheduled to begin on September 23, 2019, which is consuming his time in preparation.

Accordingly, Plaintiff and Defendants respectfully request that the Court grant this request to continue the deadline for Plaintiff to file its Reply to TRAILBOSS ENTERPRISES, INC.'s

Motion to Dismiss JOAL, LLC's Complaint from September 20, 2018 to September 27, 2019.

DATED: September 18, 2019
T. JAMES TRUMAN & ASSOCIATES

By: /s/ T. James Truman
T. JAMES TRUMAN, ESQ
Bar No. 003620
3654 North Rancho Drive, Suite 101
Las Vegas, Nevada 89130
Telephone: 702-256-0156
tjamestruman@trumanlegal.com
***Attorneys For Plaintiff***

DATED: September 18, 2019.
HOLLAND & HART, LLP

By: /s/ Rachel L. Wise
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
blwise@hollardhart.com
***Attorneys For Defendant Trailboss Enterprises, Inc***

## ORDER

IT IS SO ORDERED September 23, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE