1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JOAL, LLC,

                Plaintiff,

    v.

TRAILBOSS ENTERPRISES, INC.,

                Defendant.

Case No. 2:19-cv-01523-JCM-BNW

**ORDER**

Presently before the court is attorney T. James Truman's motion to withdraw as counsel for Plaintiff JOAL, LLC. (ECF No. 21.)  Mr. Truman represents that he is no longer employed by JOAL, LLC. (*Id.* at 2.)

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order Plaintiff JOAL, LLC to retain a new attorney if it intends to move forward with this case.[1] Plaintiff JOAL, LLC is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action.  *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney.").  Plaintiff JOAL, LLC is further advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8, including a recommendation to the district judge that this case be dismissed.

---

[1] The district judge assigned to this case previously granted Defendant's motion to dismiss but gave Plaintiff leave to amend its complaint. (ECF No. 19.) To date, Plaintiff has not filed an amended complaint.

1    IT IS THEREFORE ORDERED that Mr. Truman's motion to withdraw as counsel for

2  JOAL, LLC (ECF No. 21) is GRANTED.

3    IT IS FURTHER ORDERED that Mr. Truman must serve a copy of this order on Plaintiff

4  JOAL, LLC and must file proof of that service by April 29, 2020.

5    IT IS FURTHER ORDERED that on or before May 15, 2020, Plaintiff JOAL, LLC must

6  retain a new attorney and that attorney must file a notice of appearance in this case.

7

8    DATED: April 14, 2020

9

10   _____
    BRENDA WEKSLER
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28